MARTIN H. NEWMAN, as Administrator with the Will Annexed of WILLIAM NEWMAN, Deceased, Appellant, v. BENJAMIN A. ROTH et al., Individually and as Executors of and Trustees under the Will of HENRY ROTH, Deceased, et al., Respondents, et al., Defendants.

Submitted May 17, 1943; decided May 27, 1943.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 290 N. Y. 559.)

COCOA TRADING CORPORATION, Appellant, v. BAYWAY TERMINAL CORPORATION et al., Respondents.

Submitted May 17, 1943; decided May 27, 1943.

*Per Curiam.* The primary question presented upon the appeal from the order denying the plaintiff's motion to strike out as " sham " the first affirmative defense contained in the answer was whether it *conclusively* appeared that the allegations of the defendant that the plaintiff had " duly assigned and transferred " its cause of action and is no longer the " real party in interest " are false and cannot possibly be sustained by any proof which may be produced. We considered and determined no other question. Until the facts are more fully disclosed the question cannot be determined whether the plaintiff is as matter of law the trustee of an express trust or for any other reason the " real party in interest " within the meaning of the statute. (See 290 N. Y. 697.)

Motion denied.